```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                         PENSACOLA DIVISION

IN RE:                              )
                                    )
DESTIN COASTAL COLORS, LLC          )   CASE NO.  06-30115-LMK
                                    )      CHAPTER 7
     Debtor.                        )
_____)
```

### REPORT OF UNCOLLECTED FUNDS

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 1 | The CIT Group/Commercial Services<br>1211 Ave of the Americas<br>New York, NY 10036 | 1,100.58 |
| 4 | Cape Craftsmen<br>300 Raleigh St.<br>Wilmington, NC 28412 | 383.32 |

Dated: 7/26/10

/s/ John E. Venn, Jr.
JOHN E. VENN, JR.,
TRUSTEE
FL Bar No. 184992
220 W. Garden St.
Suite 603
Pensacola, FL 32502
(850) 438-0005
Johnevennjrpa@aol.com