**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF THE STATE OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 06-30115 |
| Destin Coastal Colors, LLC, | ) | |
| DEBTOR | ) | (Chapter 7) |
| | ) | |

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

The CIT Group/Commercial Sevices (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $3,440.65.  The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

The CIT Group/Commercial Sevices

By: /s/  Greg Griffith
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK  73013
 (405) 340-4900

CERTIFICATE OF MAILING

I hereby certify that on October 7, 2010, I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn:  Civil Process Clerk
21 E. Garden Street
Pensacola, FL  32501

By: /s/  Greg Griffith
Greg Griffith

## LIMITED POWER OF ATTORNEY

The CIT Group/Commercial Sevices, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents specifically arising from the Destin Coastal Colors, LLC bankruptcy matter that belong to the Principal**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective for 120 days, however Principal has the right to cancel/revoke this Limited Power of Attorney, after sixty days of the date written below.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this **21** day of **September**, 201**0**.

**PRINCIPAL:**
The CIT Group/Commercial Sevices
(Tax ID #) **13-2699483**

By: _[signature]_

Title: **SVP**

**PRINCIPAL'S ADDRESS:**

134 Wooding Ave.
Danville VA 24541

ACKNOWLEDGMENT

STATE OF **Virginia** )
~~COUNTY~~ City OF **Danville** )

Before me, the undersigned a Notary Public, in and for said County and State on this **21st** day of **September**, **2010**, personally appeared **Robert Weiss** to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its **SVP** and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
**9/30/13**

Notary _[signature: Shirley J. Eanes]_

SHIRLEY J. EANES
Notary Public
Commonwealth of Virginia
Reg. #7250263
My Commission Exps. 9/30/13

**CIT Commercial Services**

134 Wooding Avenue
Danville, VA 24541

t: 434.791.6213   f: 434.791.6429
robert.weiss@cit.com

www.cit.com



**Robert N. Weiss**
Senior Vice President